## PIZETTI V. THE STATE.

### *Crime.*

(Decided July 2, 1907.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

G. T. McCORVEY, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Affirmed. Opinion by DOWDELL J.

TYSON C. J., ANDERSON and McCLELLAN, JJ., concur.

---

## POWELL V. SCHIMPF.

### *Assault and Battery.*

(Decided June 13, 1907.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE,

W. C. FITTS, for appellant.

McALPINE & ROBINSON, for appellee.

DOWDELL, J.—Affirmed on authority of *Irby v. Wilde,* 150 Ala. 402.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.